**Order entered September 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00879-CV

### LORRIE FRAZIN, Appellant

### V.

### MARC SAUTY AND BENEDICTE SAUTY, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00258-C**

# ORDER

By order dated August 31, 2015, the Court ordered John Warren, County Clerk of Dallas County, to file a corrected clerk's record in this case including any answer filed by appellant in the justice court or county court. The Court further directed, "If no answer exists, the clerk shall certify that such pleadings do not exist." The clerk today filed a corrected clerk's record. The corrected clerk's record does not include an answer filed in either the justice court or the county court, but certifies that the documents contained in the record are "all of the documents specified by the Texas Rules of Appellant [sic] Procedure 34.5(a) and all other documents timely requested by a party to this proceeding under Texas Rules of Appellate Procedure 34.5(b)." The appellant's jury demand, included in the clerk's record, makes reference to the existence of an original answer filed by the defendant. Accordingly, the Court **ORDERS** John Warren, County

Clerk of Dallas County, to file **within five (5) days of the date of this order** a supplemental clerk's record in this case including any answer filed by appellant in the justice court or county court or a certification that such answers cannot be located.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE